UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EMERGENCY EX PARTE FACTE PETITION/COMPLAINT

PLAINTIFF

CHRISTIN NOEL POWERS - PRO SE

VS.

DISNEY / THE WALT DISNEY CORPORATION

WALT DISNEY ANIMATION

PETER DEL VECHO - PRODUCER

CHRIS BUCK - PRODUCER

JENNIFER LEE - PRODUCER

IDINA MENZEL - ELSA

KRISTEN BELL& - ANNA

JONATHAN GROFF - KRISTOFF

JARED BUSH - PRODUCER

JENNIFER COLEMAN - SENIOR PARALEGAL

ROBERT IGER - CEO

**FILED**

Apr 15 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ AC          DEPUTY

'26 CV 2390 LL    DDL

PETITION FOR AWARD OF $7 BILLION

CURRENT NET WORTH OF FROZEN $15B

CURRENT NET WORTH OF DISNEY $200B

CURRENT NET WORTH OF POWERS $0.

BUT I AM ASKING THE JUDGE TO CONSIDER
AWARDING ME THE AN AWARD EQUAL THE
CR
TOTAL NET WORTH OF THE COMPANY, $15B,
DUE TO THE DELAYS AND ABUSE I'VE ENDURED
SINCE 2013. 11/27/2013 → 4/15/26 = 4,522 DAYS
C . 4/15/26    6/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EMERGENCY EX PARTE FACTE MOTION

PLAINTIFF

CHRISTIN NOEL POWERS

VS.

DISNEY/THE WALT DISNEY CORPORATION ET AL

820 - INTELLECTUAL PROPERTY RIGHTS/TITLE 19

CAUSE OF ACTION

KEY DATES JUSIFICATION FOR GROSS NEGLIGANCE REGARDING INTELLECTUAL CONTENT THEFT AND COPY WRITE INFRINGEMENT.

-DECEMBER 19, 1968 BIRTHDATE OF CHRISTIN SCHULLTE.

-UNSPECIFIED BET AFER DECEMBER 10th, 1995 FALL/ER VISIT FALL IN LAJOLLA, LA ER. FOR STITCHES. DADDY AND CHRIS FELL. FOREHEAD STITCHES LIGHTEWING BOLT SCAR.

- HARRY POTTER AND THE SORCERERS STONE RELEASED NOVEMBER 16, 2001. HARRY FOREHEAD - WHITE LIGHT EMERGES FROM LIGHENING BOLT SCAR.

- SMART GIRL RUNS (FOR PRESIDENT COPYRIGHT 3/8/11

- NOTORIZED LETTER SENT DISNEY BOB IGOR 4/9/13

- RELEASE OF FROZEN I   11/27/13

- RELEASE OF FROZEN II   11/22/19

- PETITION FOR WRIT OF MANDAMUS/PROHIBITION FILED JANUARY 20th, 2016, DOCKETED JANUARY 21st 2016.

C.   4/15/26      7/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
EMERGENCY EX PARTE FACTE MOTION

CONT

- DEATH OF SUPREME COURT JUSTICE ANTONIN SCALIA — CIVIL RIGHT JUSTICE 2/13/16, AGE 79. 24 DAYS LATER. AND 6/27/16.
- SUPREME COURT DISMISSAL 3/28/16. 15-926
- 9TH CIRCUIT DISMISSAL 3/19/26. 3:25-CV-03007 RSH BLM FILED 3/19/2026.
- TEN YEARS HAVE PASSED WHERE MY LIFE HAS BEEN TAKEN TO A ZERO NETWORTH. I HAVE BEEN HOMELESS OR SHELTERED ROUGHLY 397 days, IN 3 SHELTERS OVER LAW THAT IS NOT CONSIDERATE OR SYMPATHETIC OR COGNIZANT OF MY PLEADINGS, COMPLAINTS OR TRUTH OF THE SOLICITATION. OR DENIALS THAT HAVE FORCED ME INTO IRREPABLE HARM BY JUDGEMENTS THAT DO NOT SET PRECENDENT IN THIS STRAIGHT FORWARD CASE OF HERSTORICAL THEFT AND COURT AND CORPORATION IRRESPONDSIBILTY OF AN EDUCATED BRAIN EXPERT/BODY EXPERT OF THE HUMAN FUNCTION AND 16 YEAR POTUS CANDIDATE.
- TODAY I ASK THIS COURT TO RULE IN MY FAVOR FOR MY FINANCIAL & HEALTH WELL BEING.

C. 4/15/26    8/19