# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Christin Noel Powers

                                                 **Plaintiff,**

                              **V.**

Disney/The Walt Disney Corporation et. al.

                                                 **Defendant.**

Case No.    26-cv-2390-LL-DDL

**NOTICE OF RELATED CASE**

### REPORT OF CLERK PURSUANT TO RELATED CASE

Re:      "Low-Numbered" Case No.:    25-cv-3007-RSH-BLM

        Title:    Powers v. Del Vecho et al

The above "low-numbered" case and the present case appear to be related.

Within 7 days of receiving service of this document, or within 7 days of first appearing in this case, whichever is later, any party may file and serve an Objection pursuant to Civ. LR 40.1.g.  Any other party may file a Reply within 7 days of such Objection.

The judges assigned to the cases identified as related will decide if the cases are related within 7 days after the response is due.  If all of the judges agree that the appropriate criteria are met, a Low Number Order will issue.

                                        **John Morrill**, Clerk of Court,

Dated:        4/20/26                By:  s/ B. Chandler

                                                B. Chandler, Deputy