United States District Court
for the
Southern District of California
San Diego

FILED

JUL 07 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ TAC ____ DEPUTY

Christi Powers vs Disney

3:26 cv 2390-RBM — DDL

Notice of Dismissal

As of today, I dismiss
this case.

C. 7/7/26 10:45am Christi Powers